ALSCHULER GROSSMAN STEIN & KAHAN LLP
Yakub Hazzard (No. 150242) yhazzard@agsk.com
David R. Shraga (No. 229098) dshraga@agsk.com
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Telephone: 310-907-1000
Facsimile: 310-907-2000

Attorneys for Defendant
LIZ CLAIBORNE, INC.

TOWNSEND AND TOWNSEND AND CREW LLP
Gregory Gilchrist (No. 111536) gsgilchrist@townsend.com
Gia L. Cincone (No. 141668) glcincone@townsend.com
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: 415-576-0200
Facsimile: 415-576-0300

Attorneys for Plaintiff
LEVI STRAUSS & CO.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br>Plaintiff, <br><br>vs. <br><br>LIZ CLAIBORNE INC., <br><br>Defendant. | **CASE NO. C 06-4204 MMC** <br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

This Stipulation is made by and between plaintiff Levi Strauss & Co. and defendant Liz Claiborne, Inc. (collectively, the "Parties") with reference to the following facts:

WHEREAS, the Court has set a Case Management Conference ("CMC") for Friday, September 29, 2006 at 10:30 a.m. in Courtroom No. 7, 19th floor Federal Building;

WHEREAS, counsel for defendant Liz Claiborne, Inc. has a previously-scheduled engagement to speak at the Third Annual Film & Television Law Conference, which conflicts with the scheduled CMC;

1     WHEREAS, in light of defendant's counsel's scheduling conflict, counsel for plaintiff has agreed, subject to Court approval, to continue the CMC;

3     WHEREAS, the court's clerk has advised defendant's counsel that the court is available to conduct the CMC on October 6, 2006 at 10:30 a.m.

5     IT IS HEREBY STIPULATED that, subject to court approval, the CMC calendared for September 29, 2006 be continued to October 6, 2006 at 10:30 a.m.

DATED: September 18, 2006     By /s/ Yakub Hazzard
ALSCHULER GROSSMAN STEIN & KAHAN LLP
Yakub Hazzard
Attorneys for Defendant
Liz Claiborne, Inc.

DATED: September 18, 2006     By /s/ Gregory S. Gilchrist
TOWNSEND AND TOWNSEND AND CREW
Gregory S. Gilchrist
Attorneys for Plaintiff
Levi Strauss & Co.

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO OCTOBER 6, 2006 AT 10:30 a.m.**

A Joint Case Management Statement shall be filed no later than September 29, 2006.

DATED: September 19, 2006     By _[signature]_
Hon. Maxine M. Chesney
JUDGE, United States District Court

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER      2      Levi Strauss & Co. v. Liz Claiborne, Inc.
Case No. C-06-04204 MMC