IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., | No. C-06-4204 MMC |
| Plaintiff, | **ORDER ADVANCING STATUS CONFERENCE** |
| v. | |
| LIZ CLAIBORNE, INC., | |
| Defendant / | |

On December 12, 2006, the ADR Case Administrator notified the Court that the parties had cancelled their scheduled ADR phone conference, in light of their having reached a tentative settlement, and that the parties would notify the Court as to the status of the case. (See Docket Entry, dated December 12, 2006.) To date, no dismissal has been filed in light of the settlement, nor have the parties otherwise advised the Court as to the status of the case.

Accordingly, the Court hereby ADVANCES the status conference from June 8, 2007 to February 16, 2007, at 10:30 a.m. A joint status conference statement shall be filed no later than February 9, 2007.

**IT IS SO ORDERED.**

Dated: January 12, 2007

MAXINE M. CHESNEY
United States District Judge