Yakub Hazzard, Esq. (150242)
Alschuler Grossman Stein & Kahan, LLP
1620 26th Street, 4th Floor, North Tower

Santa Monica, CA 90404
310-907-1000 yhazzard@agsk.com

## UNITED STATES DISTRICT COURT
### NORTHERN   DISTRICT OF CALIFORNIA

| LEVI STRAUSS & CO., | CASE NUMBER: |
|---|---|
| | C 06 4204 MMC (MEJ) |
| v.                                Plaintiff(s) | ORDER APPROVING |
| LIZ CLAIBORNE, INC. | SUBSTITUTION OF ATTORNEY |
| Defendant(s) | |

Liz Claiborne, Inc.
*Name of Party*
☐ Plaintiff  [X] Defendant  ☐ Other _____

hereby substitutes Dreier Stein & Kahan LLP _____ who is

[X] Retained Counsel  ☐ Court Appointed Counsel  ☐ Pro Per   1620 26th Street, 6th Floor, North Tower
*Street Address*

Santa Monica, CA 90404          310-828-4560        310-828-9101        150242
*City, State, Zip Code*          *Telephone Number*   *Facsimile Number*   *State Bar Number*

as attorney of record in the place and stead of Alschuler Grossman Stein & Kahan, LLP
*Present Attorney*

Dated: December 19, 2006           _____
                                   *Signature of Party*
                                   Liz Claiborne, Inc.

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: December 19, 2006           _____
                                   *Signature of Present Attorney*
                                   Yakub Hazzard

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: January 9, 2007             _____
                                   *Signature of New Attorney*
                                   Yakub Hazzard

**Substitution of Attorney is hereby** [X] Approved.  ☐ Denied.

Dated: January 31, 2007            _____
                                   United States District Judge / Magistrate Judge

**NOTICE TO COUNSEL:**  *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

### SUBSTITUTION OF ATTORNEY

G-01 (08/02)                                                                          G01