```
 1  TOWNSEND AND TOWNSEND AND CREW LLP
    GREGORY S. GILCHRIST (Bar # 111536)
 2  GIA L. CINCONE (Bar # 141668)
    HOLLY GAUDREAU (Bar # 209114)
 3  Two Embarcadero Center, 8th Floor
    San Francisco, California  94111
 4  Telephone:  (415) 576-0200
    Facsimile:  (415) 576-0300
 5  Email:  gsgilchrist@townsend.com, glcincone@townsend.com
    hgaudreau@townsend.com
 6
    Attorneys for Plaintiff
 7  LEVI STRAUSS & CO.

 8  DREIER STEIN & KAHAN LLP
    YAKUB HAZZARD (Bar # 150242)
 9  DAVID R. SHRAGA (Bar # 229098)
    The Water Garden
10  1620 26th Street
    Sixth Floor, North Tower
11  Santa Monica, CA 90404
12  Telephone: (310) 828-9050
    Facsimile: (310) 828-9101
13  yhazzard@dskllp.com, dshraga@dskllp.com

14  Attorneys for Defendant
    LIZ CLAIBORNE, INC.
15
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., | Case No. C- 06-4204 MMC |
| Plaintiff, | **STIPULATION OF DISMISSAL** AND ORDER THEREON |
| v. | |
| LIZ CLAIBORNE, INC., | |
| Defendant. | |

/ / /

/ / /

/ / /

1  The parties, by their respective counsel and pursuant to Federal Rule of Civil Procedure
2  41(a)(1), stipulate that this action shall be dismissed with prejudice.  Each party shall bear its own
3  costs and attorneys' fees.

5  DATED:  February 13, 2007    Respectfully submitted,

6  TOWNSEND AND TOWNSEND AND CREW LLP

8  By: /s/ *Gregory S. Gilchrist*
    GREGORY S. GILCHRIST

9  Attorneys for Plaintiff
   LEVI STRAUSS & CO.

11  DATED:  February 13, 2007    DREIER STEIN & KAHAN LLP

13  By: /s/ *Yakub Hazzard*
    YAKUB HAZZARD

14  Attorneys for Defendant
    LIZ CLAIBORNE, INC.

17  IT IS SO ORDERED.

18  DATED:  February 13, 2007    _____
                                 Hon. Maxine M. Chesney
19                               United States District Judge

21  60982552 v1